U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:20-CV-1166-J-34JBT

CAROLINA LEONE, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF LINA GAIL ODOM, DECEASED,
AND DANIEL ANTONIO ODOM,
INDIVIDUALLY, AS SURVIVING
PARENT OF LINA GAIL
ODOM, DECEASED,

    Plaintiffs,

vs.

DUVAL COUNTY SHERIFF MIKE
WILLIAMS; ARMOR CORRECTIONAL
HEALTH SERVICES, INC.; MELISSA
PETERSON, RN; JAMES MILLER, RN;
S. GROBES, DEPUTY; AND C.E.
THOMPSON, DEPUTY,

    Defendants.
_____/

## NOTICE OF RESOLUTION FOR ALL CLAIMS AGAINST DEFENDANTS DUVAL COUNTY SHERIFF MIKE WILLIAMS, S. GROBES, DEPUTY; AND C.E. THOMPSON, DEPUTY ONLY

The Plaintiffs, CAROLINA LEONE, as Personal Representative of the Estate of LINA GAIL ODOM, deceased, by and through undersigned counsel, to hereby notify this Court that the Plaintiff's have resolved all claims against, Defendants, DUVAL COUNTY SHERIFF MIKE WILLIAMS, S. GROBES, DEPUTY; AND C.E. THOMPSON, DEPUTY, only, by settlement agreement.

Respectfully submitted,

*/s/ Jack T. Cook*
Jack T. Cook, Esquire
FBN 0088589

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties on the Service List:

Respectfully submitted,

*/s/ Jack T. Cook*
Jack T. Cook, Esquire
FBN 0088589
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Facsimile: (407) 204-2794
Primary email: jcook@forthepeople.com
Secondary email: jmoss@forthepeople.com
Attorney for Plaintiffs

**SERVICE LIST:**

Tiffiny Douglas Pinkstaff, Esquire
Sean Granat, Esquire,
sgranat@coj.net; dorothyo@coj.net; FFort@coj.net; tpinkstaff@coj.net; kmoran@coj.net (***Attorneys for Sheriff Williams***)

David P. Ferrainolo, Esquire
Julie M. Riche, Esquire
EfileFlorida@hpslaw.com; tromera@hpslaw.com; apabon@hpslaw.com; jriche@hpslaw.com; teckard@hpslaw.com
(***Attorneys for Armor Correctional Health Services and Melissa Peterson, RN***)

Paul A. Daragjati, Esquire

Rose R. Daragjati, Esquire
paul@daragjatilaw.com; rose@daragjatilaw.com
(***Attorneys for S. Groves, Deputy***)

Alison H. Sausaman, Esquire
asausaman@carrallison.com; bedwards@carrallison.com; asharpe@carrallison.com
***(Attorney for C.E. Thompson)***


Respectfully submitted,

*/s/ Jack T. Cook*
Jack T. Cook, Esquire