# U.S. DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

### CASE NO:  3:20-CV-1166-J-34JBT

CAROLINA LEONE, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF LINA GAIL ODOM, DECEASED,
AND DANIEL ANTONIO ODOM,
INDIVIDUALLY,  AS SURVIVING
PARENT OF LINA GAIL
ODOM, DECEASED,

      Plaintiffs,

vs.

DUVAL COUNTY SHERIFF MIKE
WILLIAMS; ARMOR CORRECTIONAL
HEALTH SERVICES, INC.; MELISSA
PETERSON, RN; JAMES MILLER, RN;
S. GROBES, DEPUTY; AND C.E.
THOMPSON, DEPUTY,

      Defendants.

_____/

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

COME NOW the Plaintiff, CAROLINA LEONE, as Personal Representative of the Estate of LINA GAIL ODOM, deceased, by and through undersigned counsel, to hereby file this Motion to Amend Complaint, and in support thereof state as follows:

1. Plaintiff's initial Complaint in this matter was filed on October 14, 2020. Plaintiff filed an Amended Complaint on October 30, 2020.

2. Recently, Plaintiff has reached a resolution per agreement with Defendants, DUVAL COUNTY SHERIFF MIKE WILLIAMS, S. GROBES, DEPUTY; AND C.E. THOMPSON, DEPUTY.

3. Plaintiff now seeks to leave to file a second amended the complaint to drop all claims against Defendants, DUVAL COUNTY SHERIFF MIKE WILLIAMS, S. GROBES, DEPUTY; AND C.E. THOMPSON, DEPUTY. A copy of the proposed amended complaint is attached hereto as Exhibit "A".

4. Federal Rule of Civil Procedure 15(a) provides that leave to amend a party's pleading by leave of court shall be freely given when justice so requires. *Halliburton & Assocs. v. Henderson, Few & Co.*, 774 F.2d 441 (11th Cir. 1985); *Lowery v. Texas A & M Univ. Sys.*, 117 F.3d 242 (5th Cir. 1997) (stating that Rule 15(a) creates a "strong presumption" in favor of permitting amendment).

5. The proposed second amended complaint does not add any new parties or claims.

6. The remaining Defendants, ARMOR CORRECTIONAL HEALTH SERVICES, INC.; MELISSA PETERSON, RN; JAMES MILLER, RN, will not be prejudiced by the granting of this Motion.

### **CONCLUSION**

7. For the reasons discussed above, Plaintiff, Plaintiff, CAROLINA LEONE, as Personal Representative of the Estate of LINA GAIL ODOM, respectfully

requests this Honorable Court grant leave to file the attached Amended Complaint and for such other relief as is just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Undersigned counsel represents that he conferred with all counsel for Defendants, and Defendants do not oppose the relief sought herein.

### CERTIFICATE OF SERVICE

I HEREBY certify that on October 21, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties on the Service List:

Respectfully submitted,

*/s/ Jack T. Cook*
Jack T. Cook, Esquire
FBN 0088589
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone:  (407) 420-1414
Facsimile:   (407) 204-2794
Primary email: jcook@forthepeople.com
Secondary email: jmoss@forthepeople.com
Attorney for Plaintiffs

### SERVICE LIST:

Tiffiny Douglas Pinkstaff, Esquire
Sean Granat, Esquire,
sgranat@coj.net; dorothyo@coj.net; FFort@coj.net; tpinkstaff@coj.net; kmoran@coj.net (**Attorneys for Sheriff Williams**)

David P. Ferrainolo, Esquire
Julie M. Riche, Esquire
EfileFlorida@hpslaw.com; tromera@hpslaw.com; apabon@hpslaw.com; jriche@hpslaw.com; teckard@hpslaw.com
(**Attorneys for Armor Correctional Health Services and Melissa Peterson, RN**)

Paul A. Daragjati, Esquire

Rose R. Daragjati, Esquire
paul@daragjatilaw.com; rose@daragjatilaw.com
(***Attorneys for S. Groves, Deputy***)

Alison H. Sausaman, Esquire
asausaman@carrallison.com; bedwards@carrallison.com;
asharpe@carrallison.com
(***Attorney for C.E. Thompson)***

Respectfully submitted,

*/s/ Jack T. Cook*
Jack T. Cook, Esquire