# EXHIBIT 1

FILED JUL/10/'19AM09:21 FUSSELL

IN THE CIRCUIT COURT,
        FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

            PROBATE DIVISION
            FILE NO.: 19-CP-001645
            DIVISION: PR-B

IN RE: ESTATE OF
LINDA GAIL ODOM,
DECEASED.
_____/

## LETTERS OF ADMINISTRATION
### (single personal representative)

TO ALL WHOM IT MAY CONCERN

    WHEREAS, LINDA GAIL ODOM, a resident of DUVAL County, Florida, died on April 28, 2018, owning assets in the State of Florida, and

    WHEREAS, CAROLINA LEONE has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate.

    NOW, THEREFORE, I, the undersigned circuit judge, declare CAROLINA LEONE duly qualified under the laws of the State of Florida to act as personal representative of the estate of LINDA GAIL ODOM, deceased, with full power to administer the estate according to law to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

    ORDERED on _____July 10_____, 2019.

                _____
                Circuit Judge

STATE OF FLORIDA
DUVAL COUNTY
  I, UNDERSIGNED Clerk of the Circuit & County Courts, Duval County, Florida, DO HEREBY CERTIFY the within and foregoing, consisting of ___ pages, is a true and correct copy of the original as it appears on record and file in the office of the Clerk of Circuit & County Courts of Duval County, Florida.
  WITNESS my hand and seal of Clerk of Circuit & County Courts at Jacksonville, Florida, this the 10 day of JUL A.D., 2019.
                RONNIE FUSSELL
            Clerk, Circuit and County Courts
               Duval County, Florida
    By _____
              Deputy Clerk