# EXHIBIT 2

March 24, 2020

**NOTICE OF CLAIM – FLORIDA STATUTES 768.28(6)**

**CERTIFIED MAIL – RETURN RECEIPT**

**TO:**

**7019 0160 0000 7044 1879**
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
* 9 9 6 5 8 2 2 *
Chief Financial Officer
Department of Financial Services
State of Florida
200 East Gaines Street
Tallahassee, FL 32314

**7019 0160 0000 7044 1886**
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
* 9 9 6 5 8 2 2 *
Florida Department of Corrections
**Secretary Julie L. Jones**
501 South Calhoun Street
Tallahassee, FL 32399-2500

**7019 0160 0000 7044 1909**
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
* 9 9 6 5 8 2 2 *
John E. Goode Pre-Trial Detention Center
Attn:  Legal/Risk Management
500 E. Adams Street
Jacksonville, FL 32202

**7019 0160 0000 7044 1893**
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
* 9 9 6 5 8 2 2 *
State of Florida
**Governor Ron DeSantis**
400 South Monroe Street
Tallahassee, FL 32399-0001

**7019 0160 0000 7044 1916**
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
* 9 9 6 5 8 2 2 *
Sheriff Mike Williams
Jacksonville Sheriff's Office
501 E. Bay Street
Jacksonville, FL 32202

**CLAIMANT(s):**

| | |
|---|---|
| Name: | Lina Gail Odom, deceased |
| Date of Birth: | █████████ |
| Date of Death: | April 28, 2018 |
| Place of Birth: | Florida |
| Social Security No: | Unk. |

| | |
|---|---|
| Name: | Daniel Antonio Odom |
| Date of Birth: | █████████ |
| Place of Birth: | Jacksonville, Florida |
| Social Security No: | █████████ |

| | |
|---|---|
| Name: | Carolina Leone (PR of Estate) |
| Date of Birth: | █████████ |
| Place of Birth: | Naples, Italy |
| Social Security No: | █████████ |

**PRIOR ADJUDICATED UNPAID CLAIMS:**  (if none, so state)
Claimants:      none

**DATE OF INCIDENT:**      April 22, 2018 – April 28, 2018

**PLACE OF INCIDENT:**      John E. Goode Pre-Trial Detention Center

**DESCRIPTION OF INCIDENT:**  Lina Odom was arrested on April 22, 2018 for prostitution and eventually booked into the John E. Goode Pre-Trial Detention Center.  Although she was a known and admitted drug addict, and appropriate drug screening was not performed and withdrawal precautions were not employed.  On April 27, 2018, at approximately 2:00 a.m., Ms. Odom was sent to medical due to vomiting and apparent drug withdrawals.  There is no indication that an appropriate medical examination was performed, or that appropriate drug withdrawal protocols were employed.  Instead, Ms. Odom was returned to her general cell.  On April 28, 2018, at approximately 4:59 a.m., a cell mate of Ms. Odom's advised Officer Thompson that Ms. Odom was in distress.  Officers Thompson & Grobes arrived to assess Ms. Odom and observed her to have discoloration of her arms and legs.  Because Ms. Odom was able to speak with Officer Grobes, the officers opted not to call the incident in as a medical emergency.  Ms. Odom was eventually escorted to the M2 Clinic in a wheelchair.  While in the clinic, Ms. Odom

became unresponsive and received CPR while EMS was called.  Ms. Odom was transferred to Shands Hospital Jacksonville where she died shortly after arrival.

**KNOWN CITY AGENTS OR EMPLOYEES:**          **John E. Goode Pre-Trial Detention Medical Personnel, Officer S. Grobes, Officer Thompson**

**RELIEF SOUGHT:**          Compensation for injuries sustained under state and federal laws.

IF ADDITIONAL INFORMATION IS NEEDED, PLEASE CONTACT THE UNDERSIGNED. PLEASE ACKNOWLEDGE RECEIPT HEREOF.

**I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by certified mail to the above agencies, this 24th day of March, 2020.**

**Jack T. Cook, Esquire**
FBN:  0088589
Morgan and Morgan, P.A.
20 N Orange Avenue, Suite 1600
Orlando, FL 32801
(407) 420-6926
jcook@forthepeople.com
ksuarez@forthepeople.com
Attorneys for Claimants

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Chief Financial Officer**
**Department of Financial Services**
**State of Florida**
**200 East Gaines Street**
**Tallahassee, FL 32314**

9590 9402 5108 9092 7158 58

2. Article Number (Transfer from service label)

7019 0160 0000 7044 1879

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
Willis Clark
☐ Agent
☐ Addressee

B. Received by (Printed Name) Willis Clark
DEPT OF FINANCIAL SERVICES
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Florida Department of Corrections**
**Secretary Julie L. Jones**
**501 South Calhoun Street**
**Tallahassee, FL 32399-2500**

9590 9402 5108 9092 7158 41

2. Article Number (Transfer from service label)

7019 0160 0000 7044 1886

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
RECEIVED
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Mailroom
T. Ferguson

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**State of Florida**
**Governor Ron DeSantis**
**400 South Monroe Street**
**Tallahassee, FL 32399-0001**

9590 9402 5108 9092 7158 34

2. Article Number (Transfer from service label)

7019 0160 0000 7044 1893

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X OFFICE OF THE
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John E. Goode Pre-Trial Detention Center
Attn: Legal/Risk Management
500 E. Adams Street
Jacksonville, FL 32202

9590 9402 5108 9092 7158 27

2. Article Number (Transfer from service label)

7019 0160 0000 7044 1909

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ 
□ Agent
□ Addressee

B. Received by (Printed Name)     C. Date of Delivery
3-27

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
☒ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sheriff Mike Williams
Jacksonville Sheriff's Office
501 E. Bay Street
Jacksonville, FL 32202

9590 9402 5108 9092 7158 10

2. Article Number (Transfer from service label)

7019 0160 0000 7044 1916

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____
□ Agent
□ Addressee

B. Received by (Printed Name)     C. Date of Delivery
3-27

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
☒ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt