**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CAROLINA LEONE, AS PERSONAL RESPRESENTATIVE OF THE ESTATE OF LINA GAIL ODOM, DECEASED,**     CASE NO: 3:20-CV-1166-J-34JBT

    Plaintiff,

vs.

**DUVAL COUNTY SHERIFF MIKE WILLIAMS; ARMOR CORRECTIONAL HEALTH SERVICES, INC.; MELISSA PETERSON, RN; JAMES MILLER, RN; S. GROBES, DEPUTY; AND C.E. THOMPSON, DEUPUTY,**

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF MEDIATION**

COME NOW, Plaintiffs, by and through their undersigned attorney, and show unto the Court that all parties in the above-styled cause of action have agreed to mediation scheduled for July 11, 2023, via zoom video conference, with the offices of Upchurch Watson White & Max with Robert A. Cole, Esq. as qualified attorney-mediator to attempt to achieve a settlement of this case.

**(Zoom information will be provided prior to mediation)**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **April 6, 2023**, a true and correct copy of the foregoing was electronically filed and served using the Florida Court's eFiling Portal on:

**Natalie Marrero, Esquire**
**Armas Bertran Zinecone**

4960 SW 72 Avenue, Suite 206,
Miami, Florida 33155
nmarrero@armaslaw.com
*Attorney for Armor Correction Health Services, Inc.; Melissa Peterson, RN, and James Miller, RN*

        */s/ Jack T. Cook*
Jack T. Cook, Esq.
FBN:  88589
Brooke I. Charlan, Esq.
FBN: 127107
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600,
Orlando, Florida 32801
Primary Email:
jcook@forthepeople.com;
bcharlan@forthepeople.com;
Secondary Email:
kmatta@forthepeople.com
***Attorneys for Petitioner***