UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3-20-CV-1166-J-34JBT

CAROLINA LEONE, as Personal
Representative of the Estate of LINA
GAIL ODOM, deceased,

    Plaintiff,

vs.

DUVAL COUNTY SHERIFF MIKE
WILLIAMS; ARMOR CORRECTIONAL
HEALTH SERVICES, INC.; MELISSA
PETERSON, RN; JAMES MILLER, RN;
S. GROVES DEPUTY; and C.E. THOMPSON,
DEPUTY,

    Defendants.
_____/

## MEDIATION REPORT

    A mediation conference was held on the 11th day of July, 2023, and the results of that conference are indicated below:

    (a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __X__    All individual parties and their respective trial counsel.

    __X__    Designated corporate representatives.

    __X__    Required claims professionals.

    (b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:



(c) The outcome of the mediation conference was:

**X** <u>The case was completely settled.</u> In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____ <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____

_____

_____

_____

_____ <u>The conference was continued</u> with the consent of all parties and counsel.

_____ <u>The parties have reached an impasse.</u>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been sent via electronic transmission to: Jack Cook, Esquire, (jcook@forthepeople.com); William Galvano, Esquire, (bgalvano@grimesgalvano.com); Natalia Marrero, Esquire, (nmarrero@armaslaw.com); and Francesco a. Zincone, III, Esquire, (fzincone@armaslaw.com), this 11th day of July, 2023.

Respectfully Submitted,

*Robert A. Cole*

Robert A. Cole, Mediator
Mediator No. 25689R
Upchurch Watson White & Max
301 W. Bay Street, Suite 1414
Jacksonville, FL 32202
904-345-5842 / 386-255-7722
rcole@uww-adr.com