# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CAROLINA LEONE, as Personal
Representative of the Estate of
LINA GAIL ODOM, deceased,

        Plaintiff,

vs.                                      Case No. 3:20-cv-1166-MMH-JBT

ARMOR CORRECTIONAL
HEALTH SERVICES, INC., et al.,

        Defendants.

## **O R D E R**

**THIS CAUSE** is before the Court on the Mediation Report (Dkt. No. 91; Report) filed on July 12, 2023. In the Report, the mediator advises the Court that this case has been completely settled. See Report at 2. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **September 12, 2023**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **September 12, 2023**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for September 18, 2023, is cancelled, and this case is removed from the October 2023, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of July, 2023.

_____
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record