**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CAROLINA LEONE, AS PERSONAL RESPRESENTATIVE OF THE ESTATE OF LINA GAIL ODOM, DECEASED,**

CASE NO: 3:20-CV-1166-J-34JBT

    Plaintiff,

vs.

**DUVAL COUNTY SHERIFF MIKE WILLIAMS; ARMOR CORRECTIONAL HEALTH SERVICES, INC.; MELISSA PETERSON, RN; JAMES MILLER, RN; S. GROBES, DEPUTY; AND C.E. THOMPSON, DEUPUTY,**

    Defendants.

_____/

**NOTICE OF REMOVAL FROM TRIAL DOCKET**

COMES NOW the Plaintiff, CAROLINA LEONE, AS PERSONAL RESPRESENTATIVE OF THE ESTATE OF LINA GAIL ODOM, DECEASED, by and through her undersigned counsel and gives notice that the parties have tentatively agreed to a stipulated consent judgment following a third mediation, and therefore no longer require trial in this matter. The parties will file a formal Stipulation of Judgment for approval and entry by the Court once the terms are finalized.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **July 14, 2023**, a true and correct copy of the foregoing was electronically filed and served using the Florida Court's eFiling Portal on:

**Natalie Marrero, Esquire**
**Armas Bertran Zinecone**
4960 SW 72 Avenue, Suite 206,
Miami, Florida 33155
nmarrero@armaslaw.com


*Attorney for Armor Correction Health Services, Inc.; Melissa Peterson, RN, and James Miller, RN*

/s/ Jack T. Cook
Jack T. Cook, Esq.
FBN: 88589
Brooke I. Charlan, Esq.
FBN: 127107
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600,
Orlando, Florida 32801
Primary Email:
jcook@forthepeople.com;
bcharlan@forthepeople.com;
Secondary Email:
kmatta@forthepeople.com
**Attorneys for Petitioner**