**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CAROLINA LEONE, as Personal
Representative of the Estate of
LINA GAIL ODOM, deceased,

      Plaintiff,

vs.                                 Case No. 3:20-cv-1166-MMH-JBT

ARMOR CORRECTIONAL
HEALTH SERVICES, INC., et al.,

      Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Enforce Settlement and Consent Judgment (Doc. 94; Motion), filed September 5, 2023. Upon review of the Motion, it appears that Plaintiff has failed to include the certification required pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), regarding the duty to confer. As such, the Court will require Plaintiff to file a supplement: (1) certifying that she has conferred with Defendants, (2) indicating whether counsel agree on the resolution of the Motion, and (3) if the Motion is opposed, explaining the means by which the conference occurred, as Local Rule 3.01(g) requires. Accordingly, it is

**ORDERED:**

Plaintiff is **DIRECTED** to file a supplement to Plaintiff's Motion to Enforce Settlement and Consent Judgment (Doc. 94) with the requisite Local Rule 3.01(g) certification on or before **September 13, 2023**.

**DONE AND ORDERED** in Jacksonville, Florida, on September 6, 2023.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

lc30
Copies to:

Counsel of Record
Pro Se Parties