U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAROLINA LEONE, as Personal
Representative of the Estate of
LINA GAIL ODOM, Deceased,         Case # 3:20-cv-1166-J-34JBT

    Plaintiff,

vs.

ARMOR CORRECTIONAL HEALTH
SERVICES, INC.; MELISSA
PETERSON, RN; JAMES MILLER, RN,

    Defendants.
_____/

## CONSENT JUDGMENT AND ORDER

WHEREAS the Plaintiff, CAROLINA LEONE, as Personal Representative of the Estate of LINA GAIL ODOM, and Defendants, ARMOR CORRECTIONAL HEALTH SERVICES, INC.; MELISSA PETERSON, RN; JAMES MILLER, RN have fully settled all claims in this matter.

WHEREAS the parties have stipulated to the following terms in the settlement of this matter:

A. The parties have agreed to fully resolve and dismiss all claims in the Complaint styled CAROLINA LEONE, as Personal Representative of the Estate of LINA GAIL ODOM, Deceased, vs. ARMOR CORRECTIONAL HEALTH SERVICES, INC.; MELISSA PETERSON, RN, Case # 3:20-cv-1166-J-34JBT, filed in the Middle District Of Florida, Jacksonville Division for payment in the amount of $170,000.00. Payment by the Defendants and the Insurer on behalf of the Defendant shall be made as follows:

   a. Full payment of $41,228.60 (Forty One Thousand Two Hundred and Twenty-Eight Dollars and Sixty Cents) shall be made in one lump sum to Morgan & Morgan P.A. thirty days from settlement by the Defendant's Insurer;

   b. The Defendant, ARMOR CORRECTIONAL HEALTH SERVICES, INC., shall pay $128,771.40 (One Hundred Twenty Eight Thousand Seven Hundred and Seventy-One Dollars and Forty Cents) to be paid monthly over a

period of 24 months (herein after referred to as "Periodic Payments").

c. The Periodic Payments shall total approximately $5,365.47 a month and start on September 1, 2023.

d. The Periodic Payments shall be apportioned as follows:

  i. Periodic Payments to Morgan and Morgan P.A. in the amount of $3,777.35 shall be made for a period of 12 months from September 1, 2023 until August 2023.

  ii. Periodic Payments to Carolina Leone shall be made in the amount of $1,588.12 for a period of 12 months from September 1, 2023 until August 2023.

  iii. On September 1, 2024, a Periodic Payment shall be paid only to Carolina Leona in the amount of $5,365.47. for a period of 12 months.

e. All parties agree that the periodic payments cannot be increased, decreased, accelerated, or deferred. In the

event of late payments, Defendant, ARMOR CORRECTIONAL HEALTH SERVICES, INC., shall have ten (10) days to produce or otherwise cure late payment.

WHEREAS upon notification by Carolina Leona that any check or electronic funds transfer was not received, the Defendant, ARMOR CORRECTIONAL HEALTH SERVICES, INC., shall stop payment actions and upon confirmation that such check was not previously negotiated or electronic funds transfer deposited, shall process a replacement payment.

WHEREAS the parties have stipulated to this Consent Judgment and Order and to the payment terms above in such a matter as to effectuate the mutual release of all claims that were or could have been brought in this litigation, whether known or unknown.

WHEREAS, the parties have consented to entry of this Consent Judgment and agree to waive any appeal if the Consent Judgment is entered as submitted by the parties.

It is hereby ORDERED that this final judgment resolves all outstanding claims. This Court retains jurisdiction to adjudicate any

other dispute arising out of, or in connection with, this Consent Judgment and Order.

DONE AND ORDERED in Jacksonville, Florida, this \_\_\_ day of _____, 2023.

_____
Marcia Morales Howard
United States District Judge