**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CAROLINA LEONE, as Personal
Representative of the Estate of
LINA GAIL ODOM, deceased,

        Plaintiff,

vs.                                  Case No.  3:20-cv-1166-MMH-JBT

ARMOR CORRECTIONAL
HEALTH SERVICES, INC., et al.,

        Defendants.

_____/

# O R D E R

**THIS CAUSE** is before the Court on the Consent Judgment and Order (Dkt. No. 97; Consent Judgment) filed on September 20, 2023.  Upon review, it appears that the Consent Judgment is a proposed order.  However, the parties have failed to file a signed motion seeking the entry of a Consent Judgment and Order.  Accordingly, it is

**ORDERED:**

1.  The Consent Judgment and Order (Dkt. No. 97) is **STRICKEN**.

2. Should the parties seek the entry of a Consent Judgment and Order, they must file a signed motion requesting such relief.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of October, 2023.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record