UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAROLINA LEONE, AS PERSONAL RESPRESENTATIVE OF THE ESTATE OF LINA GAIL ODOM, DECEASED,

    Plaintiff,

vs.

DUVAL COUNTY SHERIFF MIKE WILLIAMS; ARMOR CORRECTIONAL HEALTH SERVICES, INC.; MELISSA PETERSON, RN; JAMES MILLER, RN; S. GROBES, DEPUTY; AND C.E. THOMPSON, DEUPUTY,

    Defendant.

CASE NO: 3:20-CV-1166-J-34JBT

_____/

## PLAINTIFF'S MOTION TO ENTER CONSENT JUDGMENT

COME(S) NOW Plaintiff, **CAROLINA LEONE, AS PERSONAL RESPRESENTATIVE OF THE ESTATE OF LINA GAIL ODOM, DECEASED**, by and through her undersigned counsel to hereby file this Motion to Enter Consent Judgment, and state as follows:

1. This matter is known to the Court as a wrongful death case arising from the medical care and treatment rendered to Lina Odom during her incarceration.

2. On July 11, 2023, a mediation was conducted in this matter whereupon the parties agreed to a settlement and consent judgment based on the following:

    a. $128,771.40 payment from Armor Correctional Health Services, Inc. to be paid over 24 month period. These payments shall start on September 1, 2023.

    b. $41,228.56 from ProAssurance to be paid in a lump sum to Morgan & Morgan due in 30 days from mediation.

    c. Plaintiff agrees to nondisparaging agreement.

    d. Plaintiff agrees to 10 day cure for any late payments.

3. The parties further agreed to a consent judgment reflecting the above terms.

4. By way of this Motion, the Plaintiff seeks the Court to enter a consent judgment reflecting the above terms agreed to by both parties..

5. Under Federal law, a district court has inherent power to summarily enforce settlement agreements entered into by parties in a pending case. *Cia Anon Venezolana de Navegacion v Harris*, 374 F.2d 33, 36 (5th Cir. 1967). Federal courts have held under a great variety of circumstances

that a settlement agreement once entered into cannot be repudiated by either party and will be summarily enforced. *See, e.g., Hennessy v. Bacon* 137 U.S. 78 (1890); *Kelly v. Greer*, 365 F.2d 669 (3rd Cir. 1966); *All States Investors, Inc. v. Bankers Bond Co.*, 343 F.2d 618 (6th Cir., 1965); *Cummins Diesel Michigan, Inc. v. The Falcon*, 305 F.2d 721 (7th Cir. 1962); *Florida Trailer & Equip. Co. v. Deal*, 284 F.2d 567 (5th Cir. 1960).

6. Upon entry of the Consent Judgment, Plaintiff request the Court dismiss or close this matter but retain jurisdiction only to adjudicate any other dispute arising out of, or in connection with, this Consent Judgment and Order.

WHEREFORE Plaintiff respectfully request this Court grant Plaintiff's Motion to Enter Consent Judgment and enter in a consent judgment reflecting the following terms:

1. The parties have agreed to fully resolve and dismiss all claims in the Complaint styled CAROLINA LEONE, as Personal Representative of the Estate of LINA GAIL ODOM, Deceased, vs. ARMOR CORRECTIONAL HEALTH SERVICES, INC.; MELISSA PETERSON, RN, Case # 3:20-cv-1166-J-34JBT, filed in the Middle District Of Florida, Jacksonville Division for payment in the amount of $170,000.00. Payment by the Defendants and the Insurer on behalf of

the Defendant shall be made as follows:

a. Full payment of $41,228.60 (Forty One Thousand Two Hundred and Twenty-Eight Dollars and Sixty Cents) shall be made in one lump sum to Morgan & Morgan P.A. within five (5) days entry of this Order by the Defendant's Insurer;

b. The Defendant, ARMOR CORRECTIONAL HEALTH SERVICES, INC., shall pay $128,771.40 (One Hundred Twenty Eight Thousand Seven Hundred and Seventy-One Dollars and Forty Cents) to be paid monthly over a period of 24 months (herein after referred to as "Periodic Payments").

c. The Periodic Payments shall total approximately $5,365.47 a month and start within five (5) days entry of this Order.

d. The Periodic Payments shall be apportioned as follows:

   i. Periodic Payments to Morgan and Morgan P.A. in the amount of $3,777.35 shall be made for a period of 12 months.

   ii. Periodic Payments to Carolina Leone shall be made in the amount of $1,588.12 for a period of 12 months.

   iii. On September 1, 2024, a Periodic Payment shall be paid only to Carolina Leona in the amount of $5,365.47. for a

      period of 12 months.

2. WHEREAS upon notification by Carolina Leona that any check or electronic funds transfer was not received, the Defendant, ARMOR CORRECTIONAL HEALTH SERVICES, INC., shall stop payment actions and upon confirmation that such check was not previously negotiated or electronic funds transfer deposited, shall process a replacement payment.

3. This final judgment resolves all outstanding claims. This Court retains jurisdiction to adjudicate any other dispute arising out of, or in connection with, this Consent Judgment and Order.

Respectfully submitted on this 30th day of October, 2023.

                                                        */s/Jack Cook*
                                                        Jack T. Cook, Esquire
                                                        FBN 0088589
                                                        Morgan & Morgan, P.A.
                                                        20 N. Orange Avenue
                                                        Suite 1600
                                                        Orlando, FL 32801
                                                        Telephone: (407) 420-1414
                                                        Primary email:
                                                        jcook@forthepeople.com;
                                                        bcharlan@forthepeople.com
                                                        Secondary email:
                                                        kmatta@forthepeople.com
                                                        *Attorneys for Plaintiff*

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel certifies that prior to the filing of this motion undersigned counsel has conferred with counsel for Defendant regarding the Motion for Entry of Consent Judgment and the Defendant has no objections to the relief requested subject to the motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **October 30, 2023,** a true and correct copy of the foregoing Motion was served via email to:

**Natalie Marrero,**
**Esquire Armas Bertran**
**Zinecone** 4960 SW 72 Avenue, Suite 206,

Miami, Florida 33155
nmarrero@armaslaw.com
fzincone@armaslaw.com
alfred@armaslaw.com
*Attorney for Armor Correction Health Services, Inc.; Melissa Peterson, RN, and James Miller, RN*

/s/Jack Cook

Jack T. Cook, Esquire
FBN 0088589
Morgan & Morgan, P.A. 20 N. Orange Avenue Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414

        Primary email:
[jcook@forthepeople.com](mailto:jcook@forthepeople.com);
[bcharlan@forthepeople.com](mailto:bcharlan@forthepeople.com)
Secondary email:
[kmatta@forthepeople.com](mailto:kmatta@forthepeople.com)
*Attorneys for Plaintiff*