**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CAROLINA LEONE, as Personal
Representative of the Estate of
LINA GAIL ODOM, deceased,

    Plaintiff,

vs.                                    Case No.   3:20-cv-1166-MMH-JBT

ARMOR CORRECTIONAL
HEALTH SERVICES, INC., et al.,

    Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above styled cause is scheduled for a hearing on Plaintiff's Motion to Enter Consent Judgment (Dkt. No. 99) on **WEDNESDAY, DECEMBER 6, 2023,** at **11:00 A.M.**, before the Honorable Marcia Morales Howard, United States District Judge.

The hearing will be held by video teleconferencing using Zoom. The Courtroom Deputy Clerk will separately send participants an Outlook invitation with the link, meeting ID, and password.

Participants should dress in appropriate court attire and appear in front of an appropriate professional background. All persons are hereby reminded that pursuant to Local Rule 5.01, United States District Court, Middle District of Florida, "[n]o one may broadcast, televise, record, or photograph a judicial

proceeding, including a proceeding by telephone or video." Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

DATE: November 16, 2023

                                           FOR THE COURT:

                                           By:  s/ Jodi L. Wiles
                                                     Deputy Clerk

ja
Copies to:
Counsel of Record