**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| CAROLINA LEONE, as Personal Representative of the Estate of Lina Gail Odom, deceased<br>v.<br>ARMOR CORRECTIONAL HEALTH SERVICES, INC., et al. | CASE NO. 3:20-cv-1166-MMH-JBT |

| | |
|---|---|
| <u>Counsel for Plaintiff:</u><br>Jack Cook | <u>Counsel for Defendants:</u><br>Francesco Zincone |

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey

## CLERK'S MINUTES

PROCEEDINGS OF:   MOTION HEARING (VIA ZOOM)

Plaintiff's Corrected Motion to Enforce Settlement and Consent Judgment (Dkt. No. 96) is **DENIED as moot**.

Plaintiff's Motion to Enter Consent Judgment (Dkt. No. 99) is **GRANTED**.

Counsel for Plaintiff shall file the email communications that support the date of the settlement so that the Court may make the Consent Judgment <u>nunc</u> <u>pro</u> <u>tunc</u> to that date.   Counsel for Plaintiff also shall file a proposed Consent Judgment and submit a Word version to the undersigned's chambers email.

**Consent Judgment to enter.**

Date: December 6, 2023       Time: 11:04 a.m. – 11:23 a.m.       Total: 19 Minutes