**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CAROLINA LEONE, as Personal
Representative of the Estate of
LINA GAIL ODOM, deceased,

    Plaintiff,

vs.                                     Case No. 3:20-cv-1166-MMH-JBT

ARMOR CORRECTIONAL
HEALTH SERVICES, INC., et al.,

    Defendants.
                                     /

**O R D E R**

    **THIS CAUSE** is before the Court on the Petition for Clarification of Settlement (Dkt. No. 100; Petition) filed on October 27, 2023. In the Petition, Lisa Mullis, a possible beneficiary in this matter, requests clarification of the terms of the settlement. See generally Petition. After due consideration, it is

    **ORDERED:**

The Petition for Clarification of Settlement (Dkt. No. 100) is **GRANTED** to the extent that the Clerk of the Court is directed to mail Lisa Mullis a copy of the Consent Judgment upon its entry in this matter.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of December, 2023.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Lisa Mullis
DC# 991203
Florida Women's Reception Center
3700 NW 111th Place
Ocala, FL 34482