**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CAROLINA LEONE, as Personal
Representative of the Estate of
LINA GAIL ODOM, deceased,

      Plaintiff,

vs.                                Case No.  3:20-cv-1166-MMH-JBT

ARMOR CORRECTIONAL
HEALTH SERVICES, INC., et al.,

      Defendants.

                                  /

**<u>CONSENT JUDGMENT AND ORDER</u>**

In accordance with the Court's Order entered on December 6, 2023, granting Plaintiff's Motion to Enter Consent Judgment (Dkt. No. 99), it is **ORDERED AND ADJUDGED:**

1. **FINAL JUDGMENT** is hereby **ENTERED** in favor of Plaintiff Carolina Leone, as Personal Representative of the Estate of Lina Gail Odom, deceased, and against Defendant Armor Correctional Health Services, Inc. in the amount of $170,000.

2. Payment by Defendant Armor Correctional Health Services, Inc. shall be made as follows:

    a. Defendant Armor Correctional Health Services, Inc. shall pay Plaintiff Carolina Leone, as Personal Representative of the

Estate of Lina Gail Odom, deceased, $128,771.40 (One Hundred Twenty Eight Thousand Seven Hundred and Seventy-One Dollars and Forty Cents) to be paid monthly over a period of 24 months (herein after referred to as "Periodic Payments"). The Periodic Payments shall total approximately $5,365.47 a month and start effective September 1, 2023.

b. The Periodic Payments shall be apportioned as follows:

    i. Periodic Payments to Morgan and Morgan P.A. in the amount of $3,777.35 shall be made for a period of 12 months from September 1, 2023 until August 2024.

    ii. Periodic Payments to Carolina Leone, as Personal Representative of the Estate of Lina Gail Odom, deceased, shall be made in the amount of $1,588.12 for a period of 12 months from September 1, 2023 until August 2024.

    iii. On September 1, 2024, Periodic Payments shall be paid only to Carolina Leone, as Personal Representative of the Estate of Lina Gail Odom, deceased, in the amount of $5,365.47 for a period of 12 months.

   c. Defendant Armor Correctional Health Services, Inc., through its insurer ProAssurance, shall pay $41,228.60 (Forty-One Thousand Two Hundred and Twenty-Eight Dollars and Sixty Cents) in one lump sum to Morgan & Morgan P.A.

3. All claims against Defendants Melissa Peterson, RN and James Miller, RN are **DISMISSED with prejudice**.

4. This Court retains jurisdiction to adjudicate any other dispute arising out of, or in connection with, this Consent Judgment and Order.

5. The Clerk of the Court is directed to close the case.

**DONE AND ORDERED** in Jacksonville, Florida, this 21st day of December 2023, nunc pro tunc to July 11, 2023.

_____
**MARCIA MORALES HOWARD**
United States District Judge

Copies to:

Counsel of Record

- 3 -